IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
EASTERN U.S. DISTRICT COURT
DISTRICT ARKANSAS
JAN - 8 2007
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No. 4:04CV00620 WRW |
| | ) |
| $545,855 IN U.S. CURRENCY, et al., | ) |
| and $14,880 IN U.S. CURRENCY | ) |

### FINAL JUDGMENT OF FORFEITURE WITH
### RESERVATION OF RIGHTS OF APPEAL

This action arose out of seizures of $545,855.00 in U.S. Currency and $14,880.00 in U.S. Currency on September 23, 2003, at Interstate 40 near Russellville, Arkansas. On June 28, 2004, the United States filed its Verified Complaint in Rem against the Defendant Property, alleging it is subject to forfeiture pursuant to Title 21 U.S.C. § 881.

The United States moves for consent judgment and states:

This cause came before the Court upon the stipulation of the parties. On August 25, 2006, this Court entered an Order denying Claimant Cecil Ellsworth Jackson's motion to suppress the seizure of the defendant currency ($545,855.00 & $14,880.00) seized by Arkansas State Police Trooper Kyle Drown on September 23, 2003. The parties have agreed to enter into a Consent Judgment forfeiting the subject currency to the United States, with Claimant Jackson reserving the right to appeal the order denying his requested suppression of the seized currency as noted herein. The parties further agreed that, should the Court of Appeals reverse this Court's order denying the motion to suppress, this Final Judgment should likewise be reversed with directions to enter final judgment in favor of the Claimant.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the United States and the defendant property is condemned as forfeited to the United States of America;

2. Claimant Cecil Ellsworth Jackson reserves his right to appeal the order denying his motion to suppress the seized evidence in this case, entered on August 25, 2006; and

3. The defendant property being in the custody of the United States Marshal shall remain in his custody pending the appeal of this matter.

IT IS SO ORDERED THIS 8th DAY OF ~~DECEMBER, 2006~~ JANUARY, 2007.

CONSENTED TO:

*[signature]*
KEVIN T. ALEXANDER
Senior Litigation Counsel

*[signature]*
SCOTT A. SREBNICK, ESQ.
Attorney for Claimant Jackson

APPROVED:

*[signature]*
HON. WILLIAM R. WILSON, JR.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS